UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Chris Robert Stuyvenberg,

Debtor

Chapter: 13

Case No. 17-26537-gmh

## NOTICE BY U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST OF REQUEST FOR FORBEARANCE

The debtor has requested a mortgage-payment forbearance from U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("the creditor"). The creditor holds a mortgage loan that is secured by a lien on real property commonly known as 600 W Brewster St, Appleton, WI 54911 (see Claims Register, Claim number 1).

The debtor has requested a forbearance for 3 months and has elected to tender no mortgage payments to the creditor that would otherwise come due from August 1, 2020 through and including October 1, 2020.

Any request by the debtor to change the forbearance period or arrange for payment of the forbearance-period arrears should be made by contacting the creditor's counsel at the address and phone number listed below.

Dated this _____ day of August, 2020.

Gray & Associates, L.L.P.
Attorneys for Creditor

By: _____
Christopher C. Drout
State Bar No. 1049882

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Chris Robert Stuyvenberg

    Debtor.

Chapter: 13

Case No. 17-26537-gmh

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 12th, 2020, the notice of request for forbearance was electronically filed in this case and served upon the following parties using the ECF system:

Rebecca R. Garcia Trustee

Eastern District U.S. Trustee

Jeffrey K. Fields

    I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

Chris Robert Stuyvenberg
600 West Brewster Street
Appleton, WI 54911

Dated this 12th day of August, 2020.

                                                   Stephan Caves, Supervisor
                                                   Gray & Associates, L.L.P.

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.